IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


GROVER GEYER,                       )
                   Plaintiff,          )
                                         )
       vs.                             ) Civil Action No. 12-1468
                                         ) Judge Joy Flowers Conti/
                                         ) Magistrate Judge Maureen P. Kelly
CAROLYN W. COLVIN, ACTING      )
COMISSIONER OF SOCIAL SECURITY,   )
                      Defendant.    )


# **O R D E R**


      AND NOW, this 24th day of October, 2013, after the plaintiff Grover Geyer ("Plaintiff"),

filed an action in the above-captioned case, and after motions for summary judgment were filed,

ECF No. 7 and ECF No. 12, and after a Report and Recommendation was filed by the United

States Magistrate Judge giving the parties until October 15, 2013, to file written objections

thereto, and no objections having been filed, and upon independent review of the record, and

upon consideration of the magistrate judge's Report and Recommendation, which is adopted as

the opinion of this Court,

      IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, ECF No. 7,

is denied and the Commissioner's Motion for Summary Judgment, ECF No. 12, is granted.

      IT IS FURTHER ORDERED that the Commissioner's administrative decision is

affirmed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Federal Rule of Appellate Procedure 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge


cc: Honorable Maureen P. Kelly
  United States Magistrate Judge

  All Counsel of Record via CM-ECF